```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 09863
    AUDREY S WATKINS
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
    SSN XXX-XX-5606


--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 08/15/2006 and was confirmed 10/16/2006.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was dismissed after confirmation 02/25/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------
ARONSON FURNITURE          SECURED             1681.00       99.87         284.37
ARONSON FURNITURE          UNSECURED           1708.88         .00         170.89
HSBC AUTO FINANCE          SECURED VEHIC      18857.76     1392.14         776.37
NATIONAL CAPITAL MANAGEM   UNSECURED           1399.41         .00         139.94
BUREAU OF COLLECTION REC   UNSECURED         NOT FILED         .00             .00
CAPITAL ONE                UNSECURED            602.85         .00          60.29
COMMONWEALTH EDISON        UNSECURED         NOT FILED         .00             .00
TCF NATIONAL BANK          UNSECURED         NOT FILED         .00             .00
MERRICK BANK               UNSECURED            837.98         .00          83.80
MERRICK BANK               UNSECURED         NOT FILED         .00             .00
CELLULAR ONE               UNSECURED         NOT FILED         .00             .00
WORLD FINANCIAL NETWORK    UNSECURED            309.78         .00          30.98
HSBC AUTO FINANCE          UNSECURED         NOT FILED         .00             .00
ROBERT J SEMRAD & ASSOC    REIMBURSEMENT       174.00          .00         174.00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY        2,940.00                    2,940.00
TOM VAUGHN                 TRUSTEE                                          398.90
DEBTOR REFUND              REFUND                                             3.39

     Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS             DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              6,554.94

PRIORITY                                      174.00
SECURED                                     1,060.74
     INTEREST                               1,492.01
UNSECURED                                     485.90
ADMINISTRATIVE                              2,940.00
TRUSTEE COMPENSATION                          398.90
DEBTOR REFUND                                   3.39
                     ---------------       ---------------

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 09863 AUDREY S WATKINS
```

TOTALS                                  6,554.94              6,554.94

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 09/11/08                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```